UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

T.B., et al.                              )
                                          )
v.                                        )     NO. 3:14-1477
                                          )     JUDGE CAMPBELL
CLARKSVILLE MONTGOMERY                    )
COUNTY SCHOOLS SYSTEM                     )

ORDER

This case is REFERRED to the Magistrate Judge for customized case management in accordance with Local Rule 16.01.

Pursuant to Local Rule 16.01(e)(1) and Fed. R. Civ. P. 26(d), discovery is not stayed absent order of the District Judge.

This case shall be set for trial upon completion of the initial case management conference by order of the District Judge in accordance with the procedures of Local Rule 16.01(d)(5).

IT IS SO ORDERED.

                                                                                                                                _____
                                                                                                                                TODD J. CAMPBELL
                                                                                                                                UNITED STATES DISTRICT JUDGE