IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

T.B. and P.B.           )
                        )
v.                      )   No. 3-14-1477
                        )
CLARKSVILLE MONTGOMERY  )
COUNTY SCHOOL SYSTEM    )

O R D E R

The plaintiff's motion to ascertain status (Docket Entry No. 13) is GRANTED.

In accord with the order entered August 7, 2014 (Docket Entry 10), a hearing is scheduled on **Thursday, August 28, 2014, at 10:00 a.m.,** to establish briefing deadlines and deadlines for any discovery related to the preliminary injunction hearing, and propose a target date for the preliminary injunction hearing.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge