IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

T.B. and P.B.                     )
                                  )
v.                                )    No. 3-14-1477
                                  )
CLARKSVILLE MONTGOMERY            )
COUNTY SCHOOL SYSTEM              )

O R D E R

Pursuant to the order entered August 26, 2014 (Docket Entry No. 14), a hearing was held on August 28, 2014, at which time the following matters were addressed:

1. The plaintiffs shall have until September 2, 2014, to file a reply to the defendant's response (Docket Entry No. 15) to the plaintiffs' motion for preliminary injunction (Docket Entry No. 8).

2. The initial case management conference, scheduled on September 8, 2014, is CANCELED, and will be rescheduled after a ruling on the plaintiffs' motion for preliminary injunction. If possible, the initial case management conference can be held after the hearing on the plaintiffs' motion for preliminary injunction.

3. No discovery will be needed before the hearing on the plaintiffs' motion for preliminary injunction.

4. No witnesses will testify at the hearing on the plaintiffs' motion for preliminary injunction, although the defendant may submit an affidavit in which the affiant will attest that T.B. met the criteria for graduation.

5. Oral argument on the plaintiffs' motion for preliminary injunction is expected to take no longer than two (2) hours.

6. Counsel for the parties are available for a hearing on the plaintiffs' motion for preliminary injunction on the following days: (1) any time on September 4, 2014; (2) the afternoon of September 5, 2014; (3) any time on September 8 and September 9, 2014; (4) the afternoon of

September 11, 2014; and (5) any time on September 18, 2014, and thereafter. If necessary, the parties could also be available in the morning of September 10, 2014, and the afternoon of September 12, 2014.

The Clerk is directed to forward the file in this case to the Honorable Todd J. Campbell to schedule a hearing on and consideration of the plaintiffs' motion for preliminary injunction and memorandum in support (Docket Entry Nos. 8-9), the defendant's response (Docket Entry No. 15), and the plaintiffs' reply to be filed by September 2, 2014.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge